IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JAMES C. DAVIS,

    Plaintiff,

     v.

JEH JOHNSON
Secretary, Department of Homeland
Security,

    Defendant.

CIVIL ACTION FILE
NO. 1:15-CV-1254-TWT

**ORDER**

    This is a pro se employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 9] of the Magistrate Judge recommending granting the Defendant's Motion to Dismiss [Doc. 5] for failure to properly serve the United States. No objections to the Report and Recommendation have been filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Dismiss [Doc. 5] is GRANTED.

T:\ORDERS\15\Davis\15cv1254\r&r.wpd

SO ORDERED, this 13 day of June, 2016.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge